E-FILED: 4-08-2011
Closed

YARON SHAHAM (State Bar No. 217192)
ys@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:   (949) 442-7110
Facsimile:    (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:   (415) 398-3344
Facsimile:    (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE, LLC (erroneously sued as GMAC Mortgage), ETS SERVICES, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as MERS Inc.), and SUNTRUST MORTGAGE, INC. (erroneously sued as SUNTRUST MORTGAGE)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CORTEZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>GMAC MORTGAGE, SUNTRUST MORTGAGE, ETS SERVICES, LLC, MERS INC., and DOES 1 through 50,<br><br>             Defendants. | Case No.:  CV10-07700 PSG (RZx)<br><br>Hon. Philip S. Gutierrez<br>Ctrm.:  880<br><br>**[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF GABRIEL CORTEZ** |

The motion to dismiss for failure to state a claim by Defendants GMAC Mortgage, LLC, ETS Services, LLC, and Mortgage Electronic Registration Systems, Inc. was granted without leave to amend on December 6, 2010.  (Docket No. 10.)  The

1  motion to dismiss for failure to state a claim by Defendant SunTrust Mortgage, Inc.
2  was granted without leave to amend on February 15, 2011.  (Docket No. 21.)
3      Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**
4  that Judgment is entered in favor of Defendants and this case is dismissed **with**
5  **prejudice** as to all Defendants.  Plaintiff Gabriel Cortez is to recover nothing from
6  Defendants.

8  Date: April 08, 2011

    HON. PHILIP S. GUTIERREZ
    United States District Court Judge